# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| BOBBT WADDLE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | NO. 3:17-cv-00372 |
| TENNESSEE DEPARTMENT OF CORRECTION, ET AL., | ) | JUDGE CAMPBELL MAGISTRATE JUDGE BROWN |
| Defendants. | ) | |

## ORDER

This case has been reassigned to the undersigned Judge.

Pending before the Court is the Magistrate Judge's Report and Recommendation that this action be dismissed without prejudice for failure to properly serve Defendants pursuant to Fed. R. Civ. P. 4(m). (Doc. No. 20). Although the Report and Recommendation advised the parties that any objections must be filed within fourteen days of service, no objections were filed.

The Court has reviewed the Report and Recommendation and concludes that it should be adopted and approved. Accordingly, this action is **DISMISSED** without prejudice, and the Clerk is directed to close the file. Any pending motions are terminated as moot, and appeal of this Order will not be certified as taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE